**O**

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
3470 Twelfth Street, Riverside, CA 92501
<u>CIVIL MINUTES -- GENERAL</u>

**JS - 6**

Case No.    EDCV 07-01693 SGL (OPx)                                        Date: October 10, 2008

Title:         HEATH JOBE -v- VELOCITY EXPRESS, INC., a Delaware corporation
===============================================================
PRESENT:  HONORABLE STEPHEN G. LARSON, UNITED STATES DISTRICT JUDGE

           Jim Holmes                                      None Present
           Courtroom Deputy Clerk                          Court Reporter

ATTORNEYS PRESENT FOR PLAINTIFFS:          ATTORNEYS PRESENT FOR DEFENDANTS:

None present                                               None present

PROCEEDINGS:   ORDER REMOVING ACTION FROM LIST OF PENDING CASES
               PENDING FINAL RESOLUTION ON TRANSFER TO MULTI-DISTRICT
               LITIGATION PANEL (IN CHAMBERS)

        It appearing to the Court that the instant case is subject to being transferred to the Multi-District Litigation Panel (MDL), the Court hereby **STAYS** the action **ORDERS** the Clerk of Court to remove this action from the Court's list of pending cases. The Court shall retain jurisdiction of this matter for the purpose of resolving any controversy or claim arising out of or relating to the enforcement of the matters associated with the instant case pending transfer.

        The Court's stay order shall toll any deadlines or limitations periods for filing motions, including any Rule 12(b) motions to dismiss or motions to remand pursuant to 28 U.S.C. § 1447(c). The stay shall remain in place until lifted by order of this Court or the appropriate MDL panel.

        Counsel shall file a notice with this court, within 30 days of the date of the order issued by the MDL Panel, which indicates the acceptance of the instant case. Moreover, should the MDL Panel decline acceptance of the instant case, counsel shall promptly notify this court and the Clerk shall thereafter return this case to the Court's list of pending cases. The Clerk shall mail, fax or email a copy of this Order to all counsel.

        IT IS SO ORDERED.